IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KERIUM ALLEN GARRICK, SR.,

Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,

Defendants.

CIVIL ACTION
NO. 16-2580

## ORDER

**AND NOW**, this 30th day of January 2018, upon consideration of Plaintiff's Amended

Complaint (Doc. No. 20), Defendant Corizon Health, Inc.'s Motion to Dismiss (Doc. No. 25),

Defendant City of Philadelphia's Motion to Dismiss (Doc. No. 27), Plaintiff's Petition/Motion to

Dismiss Defendants' Motion for Statement of Claim in Violation of Plaintiff's Constitutional

Rights (Doc. No. 32), and in accordance with the Opinion issued this day, it is **ORDERED** that

Defendants' Motions to Dismiss (Doc. Nos. 25, 27) are **GRANTED**.  The Clerk of Court shall

close this case for statistical purposes.


BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.